# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-7168**                                             **September Term, 2022**

                                                                      1:22-cv-03357-CJN

**Filed On:** December 20, 2022

District of Columbia, et al.,

       Appellants

   v.

Kroger Co. and Albertsons Companies, Inc.,

       Appellees

      **BEFORE:**    Millett, Pillard, and Pan, Circuit Judges

### O R D E R

      Upon consideration of the emergency motion for an injunction pending appeal and an immediate administrative stay, the responses thereto, the reply, and the Rule 28(j) letter, it is

      **ORDERED** that the motion for an injunction pending appeal and an administrative stay be denied. Appellants have not satisfied the stringent requirements for an injunction pending appeal. See Winter v. Natural Res. Def. Council, Inc., 555 U.S. 7, 20 (2008); D.C. Circuit Handbook of Practice and Internal Procedures 33 (2021).

### Per Curiam

                                                    **FOR THE COURT:**
                                                    Mark J. Langer, Clerk

                           BY:    /s/
                                   Laura Chipley
                                   Deputy Clerk